NVB 5009.1 (4/21)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

AUDWIN WHITMORE
   dba SELF

                Debtor(s)

BK–23–13242–mkn
CHAPTER 11 (SUBCHAPTER V)


ORDER DISCHARGING
TRUSTEE

It appears to the court that the Subchapter V Trustee in the above case has performed all duties required of the Trustee in the administration of the case. Therefore, it is ORDERED that the Subchapter V Trustee is discharged from and relieved of their duties in this case.

Dated: 6/18/24

Mary A. Schott
Clerk of Court